# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 20, 2017

Stephen J. Markman,
Chief Justice

156353(95)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

VIRGIL SMITH,
      Defendant-Appellee.

_____/

SC: 156353
COA: 332288
Wayne CC: 15-005228-FH

      On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing his supplemental brief is GRANTED. The supplemental brief shall be accepted as timely filed if submitted on or before November 20, 2017. The same extension is granted to plaintiff-appellant to file its supplemental brief.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 20, 2017



Clerk